**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Donald Mueller v. Kathy C. Mueller

Appellate case number:   01-17-00292-CV

Trial court case number: 2015-06732

Trial court:                      311th District Court of Harris County

On December 5, 2017, the court reporter advised this Court that appellant had not paid for the record. On the same date, this Court issued a letter advising appellant that the deadline to submit written proof of payment for the reporter's record was 5:00 p.m., December 27, 2017. We received no response.

On October 24, 2017, appellant's counsel filed a motion to withdraw, which this court granted on November 8, 2017. A party who is not represented by counsel must nonetheless comply with all applicable procedural rules. *See Amir-Sharif v. Mason*, 243 S.W.3d 854, 856 (Tex. App.—Dallas 2008, no pet.); *Stefan v. Stefan*, 29s3 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied).

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 20 days after the date of this order**.

Appellees' brief will be due within 20 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey _____
                              ☑ Acting individually     ☐ Acting for the Court

Date: February 1, 2018 _____